# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Dallas Buyers Club, LLC, | ) |
| | ) |
| | ) Case No.: 2:14-cv-00841-RTR |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DOES | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to all remaining Defendants identified in Plaintiff's Complaint that have not already been dismissed. This terminates the matter.

DATED: October 30, 2014        Respectfully submitted,

Dallas Buyers Club, LLC,

By:    s/ Keith A. Vogt
       Keith A. Vogt (Bar No. 6207971)
       Takiguchi & Vogt, LLP
       1415 W. 22nd Street, Tower Floor
       Oak Brook, Illinois 60523
       (630) 974-5707
       KVogt@takiguchiandvogt.com
       Attorney for Plaintiff